

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00190-CV

| | | |
|---|---|---|
| Walter Wallace Johnson | § | From the 153rd District Court |
| v. | § | of Tarrant County (153-263639-13) |
| Lloyd Douglas Enterprises I, Ltd. d/b/a Sunflower Park Health Care, Inc. | § | January 22, 2015 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Walter Wallace Johnson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot